An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

MARYANNE PHILLIPS,
           Petitioner,

vs.

THE FIRST JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CARSON CITY; AND THE
HONORABLE JAMES TODD RUSSELL,
DISTRICT JUDGE,
           Respondents,

and

NEVADA STATE BOARD OF
PHARMACY,
           Real Party in Interest.

No. 65958

**FILED**

FEB 2 4 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS AND/OR OTHER EXTRAORDINARY RELIEF*

Pursuant to the stipulation of the parties, this petition for writ of mandamus and/or other extraordinary relief is hereby dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:   Hon. James Todd Russell, District Judge
      Gordon Silver/Reno
      Gordon Silver
      S. Paul Edwards
      Carson City Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-05925